Craig Solomon Ganz (Bar No. 023650)
ganzc@ballardspahr.com
Michael S. Myers (Bar No. 029978)
myersm@ballardspahr.com
**BALLARD SPAHR LLP**
1 E. Washington Street, Suite 2300
Phoenix, Arizona 85004-2555
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Spirit Master Funding IV, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>Martinsville Corral, Inc., an Indiana corporation; Victor Spina and Amber Spina, husband and wife; and William Spina and Beth Spina, husband and wife,<br><br><br>                    Defendants. | Case No. CV-14-00720-PHX-GMS<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S EXPERT DISCLOSURES PURSUANT TO RULE 26(a)(2)** |

Pursuant to LRCiv. 5.2, Plaintiff Spirit Master Funding IV, LLC, by and through undersigned counsel, hereby gives notice that on May 1, 2015, it served counsel for Defendants with Plaintiff's Expert Disclosures Pursuant to Rule 26(a)(2) via U.S. mail.

DATED this 1st day of May, 2015.


BALLARD SPAHR LLP


By: */s/ Craig Solomon Ganz*
Craig Solomon Ganz
Michael S. Myers
1 E. Washington Street, Suite 2300
Phoenix, Arizona  85004
*Attorneys for Spirit Master Funding IV, LLC*

*(left margin, vertical text)* Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, Arizona 85004-2555

DMWEST #12125552 v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 1, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants in this case.

*/s/ Donna Elliott*
Employee of Ballard Spahr LLP

Ballard Spahr LLP
1 East Washington Street
Suite 2300
Phoenix, Arizona 85004-2555

2